# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3692
LT Case No. 2022-101155-CFDL

_____

JOHN TORRES,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Elizabeth Blackburn, Judge.

Keith Peterson, Law Offices of Peterson, P.A., Mulberry for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

June 25, 2026

PER CURIAM.

　　AFFIRMED.

WALLIS, HARRIS, and SOUD, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---